PD-0509-15

NO. 14-09-00292-CR

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

CHRISTOPHER RAY BARTEN
Appellant

V.

THE STATE OF TEXAS
Appellee

IN THE COURT OF CRIMINAL

APPEALS

OF TEXAS

Pro Se Motion For Extension Of Time
To File A Pitition For Discretionary Review

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, CHRISTOPHER RAY BARTEN "Appellant" pro se in the above styled and numbered cause and respectfully moves this Honorable court to extend the time for filing Appellant's pro se Pitition For Discretionary Review in the cause and support thereof would show to the following:

1. The style and number of this case in the 14th Court of Appeals is Christopher Ray Barten v. The State of Texas, Appeals No. 14-09-00292-CR

2. The style and number of the case in the trial court is: The State of Texas v. Christopher Ray Barten Cause No. 1111900

3. The conviction was affirmed in the 14th Court of Appeals on July 15, 2010

4. The deadline for filing the Appellant's Pitition for Discretionary Review in this case is may 1st 2015

5. An extension of time for a period of sixty (60) days is requested that would make the due date July 1st, 2015.

6. No prior requests for an extension of time has been sought and/or made in this cause.

7. That facts relied op on to show good cause for the requested extension are as follows: The Appellant was represented by court appointed counsel during the appeal of the case to the Court of Appeals. After the conviction was affirmed the counsel withdrew from the appeal, Appellant has to obtain copies of the appellate records to prefect the petition for Discretionary Review, there, additional time is needed

1

For appellant either to prepare and file the petition for Discretionary Review pro se or to seek out legal assistance on filing the petition and to challenge the courts opinion on the legal and factual sufficiency of evidence

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to July 1, 2015.

_____
Christopher Ray Barten Prose
TDCJ # 1570691
michaels unit 2664 Fm 2054

## CERTIFICATE OF SERVICE

The Appellant hereby certifies that a true and correct copy of the foregoing motion has been mailed via U.S. mail to the office of the Criminal District Attorney of Harris County at 1201 franklin, Suite 600 Houston, Texas 77002 and mailed also to the office of the State Prosecuting Attorney, at PO Box 13046 Capitol station, Austin, Texas 78711 on the 1st day of July 2015

_____
Christopher Ray Barten Pro-se

2